IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIELLE BORTON, | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| v. | : |
| | : NO. 1:08-CV-0388-CAM |
| PROCOLLECT, INC., | : |
| a Texas Corporation, | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted this 21st day of March, 2008.

**THE LAW OFFICE OF JAMES M. FEAGLE, P.C.**

by:   S/James M. Feagle
James M. Feagle
Attorney for plaintiff
Georgia Bar No. 256916

- 1 -

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
fax 404/601-1855